IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRANDON REAMES, #S15691,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-cv-01832-JPG |
| | ) |
| **SETH WESHINSKY,** | ) |
| **SERGEANT SAVURT, AND** | ) |
| **EDWARD LEE BRAZZELL,**[1] | ) |
| | ) |
| **Defendants.** | ) |

# JOHN DOE IDENTIFICATION ORDER

**GILBERT, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. This Order sets forth the process and procedures for the identification of Defendant Savurt, who still has not been served with this lawsuit.

## Identification of "Sergeant Savurt"

Plaintiff is proceeding against an unknown defendant, who is currently identified as Sergeant Savurt (Hartford, Illinois, Police Department). *See* Docs. 29, 35, 42, and 55. This defendant has not been identified by first and last name, served with this lawsuit, or answered. Two other defendants, Seth Weshinsky (Roxana Police Officer) and Edward Lee Brazzell (Roxana Police Lieutenant), have appeared and answered the Amended Complaint. (Docs. 10 and 57). Before this case can proceed, Savurt must be identified with particularity and served, or dismissed.

---

[1] The Amended Complaint (Doc. 10) serves as the operative complaint. Pursuant to the Merit Review Order (Doc. 19), the only defendants still involved in this action are: (1) Richard Smith (now identified as Roxana Police Officer Seth Weshinsky); (2) Jonathan Law (now identified as Hartford Police Sergeant Savurt); and (3) Eric Shaw (now identified as Roxana Police Lieutenant Edward Lee Brazzell). (Docs. 19, 29, 34, 55). The Clerk's Office is **DIRECTED** to **UPDATE** the docket sheet in CM/ECF to reflect the names of these defendants and **TERMINATE**: (1) City of Roxana, IL; (2) City of Hartford, IL; and (3) USA.

Defendants Weshinsky and Brazzell shall respond to discovery aimed at identifying this individual through the exchange of information according to the following schedule.

1. Plaintiff shall have until **June 3, 2024** to file a Notice with the Court, and provide to the Defendants Weshinsky and Brazzell's attorney(s), any information he possesses which will help identify Defendant Savurt, such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with the defendant.

2. Defendants Weshinsky and Brazzell shall have until **June 25, 2024** to file a Notice with the Court and provide Plaintiff the identity of Defendant Savurt. If Defendants Weshinsky and Brazzell are unable to identify Defendant Savurt by first and last name, they shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of this individual[2] by the same deadline. Defendants Weshinsky and Brazzell shall contemporaneously file an affidavit with the Court certifying the steps taken to identify the unknown defendant based on the information provided or available to Defendants Weshinsky and Brazzell.

3. Plaintiff shall have until **July 9, 2024** to file a motion to substitute a specific Defendant, by first and last name, for Sergeant Savurt.

**Plaintiff's failure to comply with this Order and identify "Sergeant Savurt" with particularity within the required timeframe will result in the dismissal of this defendant.** *See* FED. R. CIV. P. 41(b). **Defendants Weshinsky and Brazzell's failure to comply with this Order**

---

[2] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.

in a good faith effort to identify "Sergeant Savurt" may result in the imposition of sanctions.

**IT IS SO ORDERED.**

**DATED: 5/13/2024**

<u>s/J. Phil Gilbert</u>
**J. Phil Gilbert**
**United States District Judge**