IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BRANDON REAMS,

Plaintiff,

v.

ROXANA POLICE DEPARTMENT, et al.,

Defendants.

No.   22-cv-1832 JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 83). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: 11/6/2024

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE